JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO SAVIN, an individual; GUILLERMO PERALTA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHLAND INSURANCE COMPANY, INC, a Connecticut corporation, <br><br> Defendants. | CASE NO. 5:17-cv-01817-CAS(KKx) <br> Honorable Christina A. Snyder <br><br> **[PROPOSED] ORDER TO DISMISS DEFENDANT NORTHLAND INSURANCE COMPANY WITH PREJUDICE** <br><br> Trial: December 4, 2018 <br> Final Pretrial Conference: November 19, 2018 |

Pursuant to the Stipulation re Dismissal of Defendant Northland Insurance Company with Prejudice by and between Plaintiffs Alfredo Savin and Guillermo Peralta ("Plaintiffs") and Defendant Northland Insurance Company, erroneously sued and served as Northland Insurance Company, Inc. ("Northland"), and good cause appearing:

\ \ \

\ \ \

\ \ \

1     **IT IS HEREBY ORDERED THAT** Defendant Northland Insurance
2 Company is dismissed from the above-captioned action with prejudice. Plaintiffs
3 and Northland are to each bear their own costs and attorneys' fees.
4     **IT IS SO ORDERED.**

Dated: February 12, 2018

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER