**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ALFREDO SAVIN, an individual; GUILLERMO PERALTA, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>NORTHLAND INSURANCE COMPANY, INC., a Connecticut Corporation: and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.  5:17-cv-01817-CAS(KKx)<br>Assigned to Judge Christina A. Snyder<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Trial:  December 4, 2018<br>Final Pretrial Conference:  November 19, 2018 |

　　Pursuant to the Stipulation Re Dismissal with Prejudice by Plaintiffs Alfredo Savin and Guillermo Peralta and Defendant Northfield Insurance Company, erroneously sued as Northfield Insurance Company, Inc., and good cause appearing, the above-referenced action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

　　**IT IS SO ORDERED.**

Dated: March 9, 2018　　　_____

　　　　　　　　　　　　　　Honorable Christina A. Snyder
　　　　　　　　　　　　　　United States District Judge

1

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE